UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61516-CIV-COHN/SELTZER

RONALD MEYERS, SUSAN MEYERS,
REGINA PERIM, OTAVIO PERIM, BRUNO
PERIM, KEITH TIRICO, RANDALL
SHOEMAKER, MARY W. NICHOLAS,
JAMES S. BLIND, DONNIE JONES, and
MICHELLE JONES,

       Plaintiffs,

v.

WEST CITY PARTNERS, INC., et al.,

       Defendants.
_____/

## ORDER STRIKING SECOND AMENDED COMPLAINT

**THIS CAUSE** is before the Court *sua sponte*.

Plaintiffs have filed a Second Amended Complaint [DE 15] in the above-referenced case. Pursuant to Fed. R. Civ. P. 15(a), "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party." Plaintiffs have not requested leave of Court to file this Second Amended Complaint, and they provide no evidence that they have received the written consent of the Defendants to do so.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Second Amended Complaint [DE 15] is **STRICKEN**.  If they wish to amend their Complaint for the second time, Plaintiffs are directed to confer with counsel for Defendants, in accordance with the Local Rules, and to file either a Motion to Amend or submit documentation of Defendants' written

consent to the amendment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of December, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record